UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:11-CV-73
CRIMINAL ACTION NO. 1:06-CR-31

DENNYSON WARFIELD                                         MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA                                  RESPONDENT/PLAINTIFF

**ORDER**

The above matter was referred to the United States Magistrate Judge for his Findings of Fact, Conclusions of Law, and Recommendation. On August 19, 2011, the Magistrate Judge issued his decision, recommending that the United States' motion to dismiss (DN 111) be granted, and that Warfield's motion pursuant to 28 U.S.C. § 2255 be dismissed with prejudice because Warfield waived his right to collaterally attack or contest his conviction and sentence. The Magistrate Judge also recommended that a Certificate of Appealability as to Warfield's § 2255 motion be denied. DN 114. Warfield filed his objections to the Magistrate Judge's Findings (DN 118).

The Court having considered Warfield's objections and rejected them, adopts the Findings of Facts and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge. IT IS THEREFORE ORDERED that the United States' motion to dismiss (DN 111) is GRANTED and Warfield's motion pursuant to § 2255 (DN 104) is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.